# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Jaime Duarte-Carranza<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       6:24-mj-20-MK<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 10, 2023 in the county of Lane in the District of Oregon , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful Possession or Transfer of a Machine Gun |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Samuel Suyehira, per rule 4.1
*Complainant's signature*

Samuel W. Suyehira, Special Agent ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:30pm a.m./p.m.

Date: February 9, 2024

*Judge's signature*

City and state: Eugene, OR

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*